1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  GEORGE L. BEVAN, JR. (CSBN 65207)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340S
6  Oakland, California 94612
   Telephone: 510-637-3689
7
   Attorneys for the United States of America
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
11
   UNITED STATES OF AMERICA,        )   No. CR-06-00334-WDB
12                                  )
            Plaintiff,               )
13                                  )
            v.                      )   STIPULATION AND ORDER TO
14                                  )   CONTINUE NEXT APPEARANCE
                                    )   DATE AND WAIVER OF TIME
15                                  )
   RORY MACDOUGALL,                 )
16                                  )
            Defendant.              )
17                                  )

18
       The United States and the defendant, through their respective counsel, jointly
19
   stipulate and respectfully request the Court to continue the defendant's next appearance
20
   from **May 12, 2006**, to **Tuesday, May 16, 2006, at 10:00 a.m.**
21
       The defendant further stipulates to extend the time for indictment or preliminary
22
   hearing to the date of the next court appearance.
23

24

25 Dated: 5/11/06                              /s/ George L. Bevan Jr.
26                                          GEORGE L. BEVAN JR.
                                            United States Attorney
27

28

```
 1
 2
 3   Dated: 35/15/06                    _____
 4                                      BRUCE ATWATER, ESQ.
                                        Attorney for Defendant Rory MacDougall
 5
 6
 7                                      IT IS SO ORDERED
 8                                      _____
                                        Judge Wayne D. Brazil
 9
10   IT IS SO ORDERED.
11
          5/16/06
12   Dated: _____             _____
                                        WAYNE D. BRAZIL
13                                      United States District Judge
14
15
...
28
     STIPULATION TO CONTINUE                    2
     NEXT APPEARANCE
```

1
2
3
4  Dated: _____
5                                              BRUCE ATWATER, ESQ.
6                                              Attorney for Defendant Rory MacDougall
7
8
9
10 IT IS SO ORDERED.
11
12 Dated: _____
13                                              WAYNE D. BRAZIL
                                                United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO CONTINUE
NEXT APPEARANCE                           2